UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| DONNA WRIGHT, | : | CIVIL ACTION NO. 15-6217 (MLC) |
| Plaintiff, | : | **MEMORANDUM OPINION** |
| v. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

   **THE PLAINTIFF** seeking review of a determination by the Social Security Administration (see dkt. 1); and the Court, in an order entered March 1, 2016 ("March 2016 Order"), granting the plaintiff's request to extend the time for the plaintiff, inter alia, pursuant to Local Civil Rule 9.1(e)(1) to serve and electronically file a brief ("Brief") setting forth all errors that demonstrate entitlement to relief to March 28, 2016 (see dkt. 11); and

   **THE COURT** having previously ordered on December 1, 2015 ("December 2015 Order") that the failure to abide by such a directive would result in the dismissal of the complaint for lack of prosecution under Federal Rule of Civil Procedure 41(b) without further notice (see dkt. 7); and the plaintiff failing to serve and file a Brief, and thereby failing to abide by two court orders, i.e., the December 2015 Order and the March 2016 Order; and

   **THE COURT** previously notifying the plaintiff of the consequences of failing to timely file a Brief (id.); and thus the Court intending to dismiss the complaint for lack of prosecution; and

**FOR GOOD CAUSE APPEARING**, the Court will issue an appropriate order and judgment.

  s/ Mary L. Cooper  
**MARY L. COOPER**  
United States District Judge

**Dated:**  March 31, 2016

2